UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MIA L. WHITE,

        Plaintiff,

v.                                        Case No. 19-C-1366

STATE OF WISCONSIN DEPARTMENT
OF CORRECTIONS; DR. WEBBER; and
MARY G. LEMMENS, NP,

        Defendants.

## ORDER

On September 19, 2019, the clerk sent a letter to the plaintiff directing her to file a certified copy of her institutional trust account statement showing the previous six months' worth of activity. She has not done so. Accordingly, this action is dismissed without prejudice for failure to comply with the court's directive. The plaintiff may provide the required trust account statement and move to have the matter reopened on or before November 16, 2019.

**SO ORDERED** this   18th   day of October, 2019.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court